1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT
9        EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| JOHNNY CURTIS PALMER, | Case No.: 1:22-cv-00800-KES-CDB |
| Plaintiff, | **ORDER REFERRING CASE TO POST-SCREENING ADR AND STAYING CASE FOR 90 DAYS** |
| v. | |
| M. MELENDREZ, | **FORTY-FIVE (45) DAY DEADLINE** |
| Defendant. | |

Plaintiff Johnny Curtis Palmer is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Defendant M. Melendrez filed an answer to Plaintiff's first amended complaint on July 15, 2024.

The Court refers all civil rights cases filed by pro se inmates to Alternative Dispute Resolution ("ADR") to attempt to resolve such cases more expeditiously and less expensively.

The Court stays this action for ninety days to allow the parties to investigate Plaintiff's claims, meet and confer, and participate in an early settlement conference. The Court presumes that all post-screening civil rights cases assigned to the undersigned will proceed to a settlement conference. However, if, after investigating Plaintiff's claims and meeting and conferring, either party finds that a settlement conference would be a waste of resources, the party may opt out of the early settlement conference.

Accordingly, it is hereby **ORDERED**:

1. This action is STAYED for **ninety (90) days** to allow the parties an opportunity to settle their dispute before the discovery process begins. No pleadings or motions may be filed in this case during the stay. The parties shall not engage in formal discovery, but they may engage in informal discovery to prepare for the settlement conference.

2. **Within 45 days** from the date of this Order, the parties SHALL file the attached notice, indicating their agreement to proceed to an early settlement conference or their belief that settlement is not achievable at this time.

3. **Within 60 days** from the date of this Order, the assigned Deputy Attorney General SHALL contact the undersigned's Courtroom Deputy Clerk at shall@caed.uscourts.gov to schedule the settlement conference, assuming the parties agree to participate in an early settlement conference.

4. If the parties reach a settlement during the stay of this action, they SHALL file a Notice of Settlement as required by Local Rule 160.

5. The Clerk of the Court SHALL serve via email copies of Plaintiff's first amended complaint (Doc. 11), the Second Screening Order (Doc. 12), the Order Adopting Findings and Recommendations to Dismiss Certain Claims in the First Amended Complaint (Doc. 17), and this Order to Supervising Deputy Attorney General Lawrence Bragg (Lawrence.Bragg@doj.ca.gov), and a copy of this Order to ADR Coordinator Sujean Park.

6. The parties are obligated to keep the Court informed of their current addresses during the stay and the pendency of this action. Changes of address must be reported promptly in a Notice of Change of Address. *See* L.R. 182(f).

IT IS SO ORDERED.

Dated:   **July 15, 2024**

UNITED STATES MAGISTRATE JUDGE

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

JOHNNY CURTIS PALMER,

Case No. 1:22-cv-00800-KES-CDB

12

Plaintiff,

13

v.

NOTICE REGARDING EARLY
SETTLEMENT CONFERENCE

14

M. MELENDREZ,

15

Defendant.

16

17   1.   The party or counsel agrees that an early settlement conference would be productive and

18   wishes to engage in an early settlement conference.

19          Yes _____          No _____

20

21   2.   Plaintiff (check one):

22          _____ would like to participate in the settlement conference in person.

23          _____ would like to participate in the settlement conference by telephone or video

24          conference.

25

26   Dated:

27   _____

28   Plaintiff or Counsel for Defendant